BLANCHARD SECURITIES, INCORPORATED, APPELLANT, v. THE BONNELL COMPANY ET AL., RESPONDENTS.

Submitted October 28, 1932—Decided January 5, 1933.

For the appellant, *Saul & Joseph E. Cohn*.

For the respondents, *Frank W. Long*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered *per curiam* in the Supreme Court, and printed in 9 *N. J. Mis. R.* 1252.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, PARKER, CASE, DONGES, BROGAN, HEHER, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, KERNEY, JJ. 13.

*For reversal*—None.